IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUGO ROSSI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HILLSIDE VALLEY TRUST, et al. | : | NO. 5:11-cv-03513 |
| | : | |

## O R D E R

AND NOW, this 19th day of November 2014, having received no response to this

Court's Order of September 22, 2014, ordering the parties to advise the Court of the status of this

matter, it is hereby ORDERED that this action is DISMISSED pursuant to Local Rule 41.1(a).

The Clerk of Court is instructed to mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.